

ORIGINAL

FILED

02/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0045

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0045

FILED

FEB 0 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

RUSSELL SCOTT AVERY,

Petitioner,

v.

STATE OF MONTANA,

Respondent.

ORDER

Russell Scott Avery has filed an "Extraordinary Writ of Habeas Corpus" that we deem a Petition for Writ of Habeas Corpus, pursuant to M. R. App. P. 14(2). Avery states that the Missoula County "District Court Violated [his] Due Process Rights when it Unilaterally [superseded] the Statutory Authority of the State Board of Parole and revoked [his] April 14, 2020[] Parole." He includes copies of pertinent documents and written judgments. We amend the caption to include the Warden of the Montana State Prison, where Avery is incarcerated. Section 46-22-201(1)(c), MCA. Upon review, we deem it appropriate to require a response to Avery's Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Corrections are GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 3rd day of February, 2022.

_____
Justice